GLENN W. PETERSON, ESQ. (SBN 126173)
JOY C. ROSENQUIST, ESQ. (SBN 214926)
**MILLSTONE, PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone No: (916) 780-8222
Fax No: (916) 780-8775

Attorneys for Plaintiff
Infa-Lab, Inc.

MARK LEONARD, ESQ. (SBN 219186)
**DAVIS & LEONARD, LLP**
8880 Cal Center Drive, Suite 180
Sacramento, CA  95826
Telephone No. (916)  362-9000
Fax No. (916)  362-9066

Attorneys for Defendants
Daniel Ma dba KDS Nail International

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| INFA-LAB, INC., a New Jersey corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KDS NAIL INTERNATIONAL, alias KDS COMPANY, alias KDS LAB, alias KDS; an unincorporated association, form unknown; DAT V. MA, alias DAT VINH MA, alias VINH MA DAT, alias DANIEL V. MA, alias DANIEL MAR, individually and doing business as TEXCHEM CO. and/or TEXCHEM CHEMICAL AND PLASTIC COMPANY and/or KDS LAB; and DOES 1 through 10, INCLUSIVE,<br><br>　　　　　　Defendants. | Case No.  2:07-CV-01270-WBS-EFB<br><br>**ORDER GRANTING EXTENSION OF DEADLINE TO DISCLOSE EXPERTS AND WRITTEN REPORTS** |



[PROPOSED] ORDER GRANTING DEADLINE TO DISCLOSE EXPERTS AND WRITTEN REPORTS

1    Pursuant to stipulation, the deadline for parties to disclose experts and expert written
2 reports is extended from August 1, 2008 to August 22, 2008.  All rebuttal expert witness designation
3 must take place before or on September 19, 2008.
4    The Stipulation in no way affects any other deadline as set forth in the Court's March 4,
5 2008 Pretrial Scheduling Order.
6
7 IT IS SO ORDERED.
8 DATED:  August 11, 2008

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING DEADLINE TO DISCLOSE EXPERTS AND WRITTEN REPORTS